MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:     (702) 792-3773
Facsimile:     (702) 792-9002
E-mail: hougem@gtlaw.com
            spauldingc@gtlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALI SALEH,<br><br>                    Plaintiff,<br><br>    v.<br><br>EACONOMY LLC, a Delaware limited liability company; HASSAN MAHMOUD, an individual; DOES 1 to 10, inclusive,<br><br>                    Defendants. | CASE NO.:   2:23-cv-00843-RFB-VCF<br><br>**ORDER TO<br>SET ASIDE DEFAULT AS TO<br>DEFENDANT EACONOMY, LLC** |

Plaintiff Ali Saleh ("Plaintiff") and Defendants Eaconomy, LLC ("Eaconomy") and Hassan Mahmoud (collectively, the "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On June 27, 2023, Plaintiff filed an Application for Default of Defendant Eaconomy, LLC (ECF No. 9) and default was entered by the Clerk on July 13, 2023 (ECF No. 10) (the "Default");

2. The Default shall be set aside pursuant to this Stipulation; and

/ / /

/ / /

/ / /

3. Defendants shall file an Answer or otherwise plead on August 14, 2023.

DATED this 14th day of August, 2023.   DATED this 14th day of August, 2023.

**GREENBERG TRAURIG, LLP**   **LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

  */s/ Michael R. Hogue*   */s/ John Bragonje*
MICHAEL HOGUE, ESQ.   JOHN BRAGONJE, ESQ.
Nevada Bar No. 12400   Nevada Bar No. 9519
CHRISTIAN T. SPAULDING, ESQ.   3993 Howard Hughes Parkway, Suite 600
Nevada Bar No. 14277   Las Vegas, Nevada 89169
10845 Griffith Peak Drive, Suite 600   *Counsel for Plaintiff*
Las Vegas, Nevada 89135
*Counsel for Defendants*

## ORDER

BASED on the foregoing stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED that the Default against Defendant Eaconomy, LLC shall be set aside pursuant to the parties' Stipulation; and

IT IS FURTHER ORDERED that Defendants shall file an Answer or otherwise plead on August 14, 2023.

IT IS SO ORDERED.

DATED this __15__ day of August, 2023.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

**GREENBERG TRAURIG, LLP**

  */s/ Michael R. Hogue*
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Counsel for Defendants*