**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Ali Saleh,

        Plaintiff(s),

v.

Eaconomy LLC, a Delaware limited liability company; Hassan Mahmoud, an individual; Does 1 to 10, inclusive,

        Defendant(s).

2:23-cv-00843-RFB-VCF

**ORDER**

This case commenced on May 30, 2023. Defendants have appeared in this matter. ECF Nos. 15, 17.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

I ORDER that the parties have until October 13, 2023 to file a discovery plan and scheduling order. Failure to do so may result in sanctions against both parties.

DATED this 29th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE