**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ali Saleh,<br><br>                Plaintiff(s),<br><br>vs.<br><br>Eaconomy, LLC., et al.,<br><br>                Defendant(s). | 2:23-cv-00843-RFB-MDC<br><br>**ORDER GRANTING MOTION TO EXTEND TIME AND DIRECTING PLAINTIFF TO UPDATE ADDRESS** |

**IT IS ORDERED** that for good cause shown and because the motion is unopposed, the *Motion to Extend Time* (ECF No. 51) is GRANTED. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion… constitutes a consent to the granting of the motion.").

**IT IS FURTHER ORDERED** that plaintiff Ali Saleh shall update his address and contact information with the Clerk of this Court by no later than **August 27, 2024**. The Clerk of Court is directed to serve plaintiff a copy of this order to both plaintiff's current mailing and e-mail address on record:

    Ali Mustafa Saleh
    121 Burnham Road
    Morris Plains, NJ 07950
    saleh.ali89@gmail.com

DATED this 13th day of August 2024.

IT IS SO ORDERED.

                                        _____
                                        Hon. Maximiliano D. Couvillier III
                                        United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk

of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.