MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
KIRCHE M. RAY, ESQ.
Nevada Bar No. 16306
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:         hoguem@gtlaw.com
                    kirche.ray@gtlaw.com

KYLE L. FLYNN, ESQ. (*Admitted Pro Hac Vice*)
Illinois Bar No. 6312817
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 476-5126
Email:         flynnk@gtlaw.com

*Attorneys for Defendants/Counterclaimants*
*EACONOMY, LLC and HASSAN MAHMOUD*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALI SALEH, | CASE NO.:   2:23-cv-00843-RFB-VCF |
| Plaintiff, | |
| v. | |
| EACONOMY LLC, a Delaware limited liability company; HASSAN MAHMOUD, an individual; DOES 1 to 10, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff ALI SALEH, and Defendants EACONOMY LLC and HASSAN MAHMOUD, by and through their counsel of record, Greenberg Traurig, LLP, hereby stipulate and request that the Court dismiss this action, with prejudice, with each party to bear its own fees and costs.  The Parties reached a settlement agreement that resolved all claims, counterclaims, other claims, and all other

ACTIVE 711303982v1

requests for relief of any nature whatsoever that have been stated against each other in this action.

**IT IS SO STIPULATED.**

Dated this 28th day of May 2025

**ALI SALEH**

*/s/ Ali Saleh*

ALI SALEH
100 Park Avenue
Apartment 3409
Fort Lee, New Jersey  07024
Email: Saleh.ali89@gmail.com

121 Burnham Road
Morris Plains, New Jersey  07950
**Plaintiff**

Dated this 28th day of May 2025

**GREENBERG TRAURIG, LLP**

*/s/ Michael R. Hogue*

MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
KIRCHE M. RAY, ESQ.
Nevada Bar No. 16306
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

KYLE L. FLYNN, ESQ.*
*Admitted Pro Hac Vice*
Illinois Bar No. 6312817
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
**Attorneys for Defendants,**
**Eaconomy, LLC and Hassan Mahmoud**

### ORDER

Upon review of the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

**IT IS SO ORDERED**.



_____
UNITED STATES DISTRICT JUDGE

Date: 5/29/25

ACTIVE 711303982v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the **28th day of May, 2025**, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system, and *via electronic mail* and United States mail, first class, postage-prepaid on the parties listed below:

Ali Saleh
100 Park Avenue, Apartment 3409
Fort Lee, New Jersey  07024
Saleh.ali89@gmail.com

Ali Saleh
121 Burnham Road
Morris Plains, New Jersey  07950

　　　　　　　　　　　　　　　　　　　*/s/ Evelyn Escobar-Gaddi*
　　　　　　　　　　　　　　　　　An employee of Greenberg Traurig, LLP